*05-94-1705-CR*

EX PARTE MARLON DION LOTT

Habeas Corpus Application

NO. 73,154

from COLLIN C~~OUNTY~~

RECEIVED
COURT OF APPEALS

SEP 21 1998

LISA ~MATTHOX~
CLERK, 5th DISTRICT

**OPINION**

This is a post-conviction application for writ of habeas corpus forwarded to this Court pursuant to Article 11.07, V.A.C.C.P. Applicant was convicted of aggravated robbery and sentenced to 65 years in prison. This conviction was affirmed. Lott v. State, No.05-94-01705-CR (Tex.App. - Dallas, delivered April 30, 1996, no pet.).

Applicant contends that he was denied his right to petition this Court for discretionary review of the Court of Appeals' opinion because he was not timely informed that the conviction had been affirmed. The record indicates that Applicant never received a copy of the appellate opinion which counsel sent to him. Applicant is entitled to relief.

Accordingly, Applicant is granted leave to file an out-of-time petition for discretionary review from the Court of Appeals' judgment in cause number No.05-94-01705-CR, affirming the conviction in cause number 366-80390-94 in the 366th Judicial District Court of Collin County, Texas. The proper remedy in a case such as this is to allow Applicant to file his petition with the Court of Appeals within thirty days of the issuance of this Court's mandate.

PER CURIAM

DELIVERED: September 16, 1998
DO NOT PUBLISH



Court of Criminal Appeals
Box 12308
Capitol Station
Austin, Texas 78711

PRESORTED
FIRST CLASS

SEP 17 '98

U S POSTAGE
0.25

73,154

LISA ROMBOK
CLERK 5TH COURT OF APPEALS
COURTHOUSE 600 COMMERCE 2ND FLOOR
DALLAS TX 75202